**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1762**

MICHAEL L. PACK,

Plaintiff - Appellant,

versus

ERVIN DANTLEN, Mr.,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, District Judge. (1:07-cv-01994-JFM)

Submitted: October 11, 2007    Decided: October 15, 2007

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael L. Pack, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael L. Pack appeals a district court order summarily dismissing without prejudice his civil rights complaint filed against his landlord. We have reviewed the record and the district court order and affirm for the reasons stated by the district court. See Pack v. Dantlen, No. 1:07-cv-01994-JFM (D. Md. Aug. 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED